NUMBER 13-07-433-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________

 

IN RE: MAURICE MITCHELL


________________________________________________________________ _


On Petition for Writ of Mandamus

___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Maurice Mitchell, an inmate presently incarcerated at the William G.
McConnell Unit of the Texas Department of Criminal Justice in Beeville, Texas, has
filed a pro se petition for writ of mandamus. Relator asks this Court to compel the
278th Judicial District Court of Walker County, Texas, to produce for inspection the
entire file of his litigation in that court.

 We take judicial notice that the 278th Judicial District Court of Walker County,
Texas, is not in the Thirteenth Court of Appeals District. See Tex. Gov't Code Ann.
§ 22.201(k) (Vernon Supp. 2005) (providing that Walker County is in the Tenth Court
of Appeals District). Therefore, we do not have jurisdiction over relator's request.

 Accordingly, we dismiss relator's petition for want of jurisdiction.


 PER CURIAM

Memorandum Opinion delivered and 

filed this 12th day of July, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).